UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ROBERT WHITLOCK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:21-cv-00516-SEP |
| | ) |
| ST. LOUIS COUNTY, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on its own motion. Plaintiff brings this action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et seq.*, for alleged employment discrimination. "In order to initiate a claim under Title VII a party must timely file a charge of discrimination with the EEOC and receive a right-to-sue letter." *Stuart v. General Motors Corp.*, 217 F.3d 621, 630 (8th Cir. 2000). Plaintiff attached a right-to-sue letter to his complaint, but he has not provided the Court with a copy of his charge of discrimination. Consequently, the Court orders Plaintiff to supplement the complaint by submitting a copy of his charge of discrimination within twenty-one (21) days of the date of this Order so that the Court may ascertain whether Plaintiff's claims in his complaint are like or reasonably related to the claims outlined in his charge. *Duncan v. Delta Consol. Indus., Inc.*, 371 F.3d 1020, 1024 (8th Cir. 2004).

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff shall submit a copy of his charge of discrimination within twenty-one (21) days of the date of this Order.

**IT IS FURTHER ORDERED** that Plaintiff's failure to comply with this Court's Order may result in a dismissal of this action, without prejudice.

Dated this 1st day of July, 2021.

_____
SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE